UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**WASHINGTON BEEF, LLC,**<br><br>**Defendant.** | CASE NO. CV-10-3025-EFS<br><br>ORDER TERMINATING CONSENT DECREE |

This matter comes before the Court on the parties' Joint Motion to Terminate Consent Decree without oral argument. Having reviewed the papers filed in support of this motion, and being fully advised, the Court finds that all of the terms of the Consent Decree have been met, that termination of the Consent Decree and dismissal of this case is supported in the record, and the joint motion of the parties shall be GRANTED.

**THEREFORE, IT IS HEREBY ORDERED**:

The Consent Decree entered on August 3, 2010 is terminated and case no. CV-10-3025-EFS is hereby dismissed with prejudice and without costs to any party.

Dated this 22nd day of December, ~~2015~~ 2014.

United States District Judge

**APPROVED FOR ENTRY**

ATTORNEYS FOR DEFENDANT

s/Gregory S. McElroy
Gregory S. McElroy, WSBA No. 15494
McElroy Law Firm, PLLC
6900 E Green Lake Way N., #123
Seattle, WA 98115
Telephone: (206) 654-4160
Facsimile: (206) 654-4161
gmcelroy@mcelroylaw.com

Parthenia B. Evans
Michael E. Callahan
Evan M. Lange
Stinson Leonard Street LLP
1201 Walnut, Suite 2900
Kansas City, Missouri 64106
Telephone: (816) 842-8600
Facsimile: (816) 691-3495
parthenia.evans@stinsonleonard.com
michael.callahan@stinsonleonard.com
evan.lange@stinsonleonard.com

**APPROVED FOR ENTRY**

ATTORNEY FOR PLAINTIFF

s/David L. Dain
David L. Dain
Environmental Enforcement Section
Environment & Natural Resources Division
United States Department of Justice
999 18th St
South Terrace, Suite 370
Denver, Colorado 80202